AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Christian Toms<br>2771 Serene Place<br>Columbus, Ohio 43231<br><br>*Defendant(s)* | Case No. 2:25-mj-151 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 2024-February 2025__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251 | Sexual Exploitation of a Minor |
| 18 U.S.C. §§ 2252, 2252A | Distribution/Receipt/Transportation/Possession of Child Pornography |

This criminal complaint is based on these facts:
See the attached Affidavit of HSI Special Agent Sara Sellers which is fully incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Sara Sellers, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.
VIA FACETIME

Date: 03/18/2025

*Judge's signature*

City and state: Columbus, Ohio     Elizabeth A. Preston Deavers, U.S. Magistrate Judge
*Printed name and title*