# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **In the Matter of:** | ) | |
| | ) | **Case No.:** |
| **United States of America** | ) | |
| v. | ) | |
| **Christian Toms** | ) | **Magistrate Judge** |
| **2771 Serene Place** | ) | |
| **Columbus, Ohio 43231** | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sara Sellers (Your Affiant), a Special Agent (SA) with the Homeland Security Investigations (HSI), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.  I, Special Agent Sara Sellers (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of 18 U.S.C. §§ 2252 and 2252A - the sexual exploitation of a minor and distribution of child pornography. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Richard Tyler Campbell (CAMPBELL) committed the violations listed above.

2.  I am a Special Agent (SA) of Homeland Security Investigations (HSI), assigned to the Office of the Assistant Special Agent in Charge, Columbus, Ohio since December 2020. During my tenure as a Special Agent, I have completed the Criminal Investigator Training Program (CITP) and the Homeland Security Investigations Special Agent Training Program (HSISAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. During CITP and HSISAT I have received training that included cybercrimes, sexual exploitation of minors, child pornography, and the dark web. I am currently based out of the Franklin County Sheriff's Office Internet Crimes Against Children (ICAC) Task Force investigating child exploitation and am responsible for enforcing federal law in numerous counties in the Southern District of Ohio. Moreover, I am a federal law enforcement officer who is engaged in enforcing federal criminal laws, including 18 U.S.C. § 2252, and 2252A, and I am authorized by law to request a criminal complaint and arrest warrant.

## PROBABLE CAUSE

3.  On or about December 9, 2024, law enforcement assigned to The Franklin County Internet

Crimes Against Children Task Force (ICAC) received two separate CyberTipline reports from the National Center for Missing and Exploited Children (NCMEC). The first was sent by Kik Messenger regarding the distribution of approximately 13 child pornography files from the target account on the Kik server. The distribution of the child pornography occurred between May 20, 2024 and June 11, 2024. This report was labeled as CyberTipline Repot #195907569. One of the files, for example, depicted a toddler aged male, fully nude, on his hands and knees on a bed. The video depicted an adult male penis attempting to inset his penis into the anus of the toddler and then the toddler was depicted touching the penis of the adult male. The information about the user of the account indicated it was associated with IP address 76.181.232.74.

4. The second report was from Sniffies LLC, which your affiant learned is a map-based hookup application for gay, bisexual, and bicurious men. The report was documented under **CyberTipline Repot #197714073** and indicated that the user of the Sniffies account indicated that he was a 34-year-old male with a 15-year-old male son and was looking for someone to have sexual relations with both him and his son. The IP address was listed as 76.181.232.74, the same IP address noted in the first CyberTipline Report from Kik.

5. The IP address for CyberTipline Reports resolved to Charter Communications. Return process from Charter indicated the subscriber of the IP address was Richard "Tyler" **CAMPBELL** living at 668 S. Waverly Street in Columbus, Ohio.

6. Based on the chats, child pornography, and IP address information, law enforcement obtained a residential search warrant for 668 South Waverly Street in Columbus, Ohio on February 19, 2025. Four separate devices were recovered from **CAMPBELL's** person and residence including an Android Samsung Galaxy 2-flip4 cellular phone from his left pocket.

7. An on-scene preview of **CAMPBELL's** Samsung cell phone revealed child pornography and chat messages in which **CAMPBELL** was sending images of a minor male to others and indicating it was his fictitious son. In other chats, **CAMPBELL** himself was chatting with adult males and pretending to be a minor male. Additional messages in the Telegram application were also noted and in one of the chat logs, **CAMPBELL** sent three images of a prepubescent male to an unknown Telegram user. One of the images depicted the male minor, DOB: 9/2013, herein after Minor Victim One (MV1), nude.

8. In addition, several files of MV1 were identified which depicted MV1 engaged in sexually explicit conduct to include lascivious exhibition of the genitalia, anus, and pubic region of MV1 and MV1 engaged in acts of masturbation and oral sex with an adult male, who was later identified as Christian **TOMS**.

9. The extraction also revealed **TOMS** and **CAMPBELL** had numerous conversations about their sexual fantasies. These conversations took place in Snapchat and **CAMPBELL** screen recorded their messages. In the messages, **CAMPBELL** was informed that **TOMS** had access to an 11-year-old and **CAMPBELL** made specific requests to **TOMS** about what he wanted **TOMS** to do to MV1. **TOMS** would comply then send the content to **CAMPBELL.**

10. On February 21, 2025, a residential search warrant was executed at **TOMS** residence. Electronic devices were seized from **TOMS. TOMS** admitted to sending the content to **CAMPBELL** and confirmed the photos and videos he took of MV1 were for **CAMPBELL** and that they had been created for him at his request. **TOMS** stated that he began communicating with **CAMPBELL** in October 2024. Metadata for the images indicated that they were created between approximately December 2024 and February 2025.

11. Based upon the above information, your affiant submits that there is probable cause to believe that Richard "Tyler" **CAMPBELL** and Christian **TOMS** have committed offenses in violation of Title 18 United States §§ 2251, 2252 and 2252A–the sexual exploitation of a minor, making a notice for child pornography, distribution, receipt, and possession of child pornography. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

_____
Sara Sellers
Special Agent
Homeland Security Investigations

Sworn and subscribed to before me this 18th day of March, 2025

_____
The Honorable Elizabeth A. Preston Deavers
Magistrate Judge
U.S. District Court for the Southern District of Ohio