United States District Court
Southern District of Ohio

---

**Related Case Memorandum**
**Criminal Cases**

TO:     Chief Judge Morrison and Judge Watson

FROM:   Spencer D. Harris            , Deputy Clerk

DATE:   12/11/25

SUBJECT:   Case Caption:   USA v. Christian Toms

CASE:      Case Number:   2:25-CR-202

DISTRICT JUDGE:      Chief Judge Morrison

File Date:   12/11/2025

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption:   **USA v. Bryan W. Adams**

Case Number:   **2:25-CR-150**          District Judge:   **Watson**

File Date:   **09/08/2025**          Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:          District Judge:

File Date:          Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk     **Spencer D. Harris**
as follows:

**Judges' Response:**

☐     We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒     We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge    Watson

☐     We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐     We are unable to agree and will accept any decision made by the Chief Judge.

☐     I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐     I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐     Other Direction of Judge: _____

_____

s/Sarah D. Morrison
United States District Judge

United States District Judge

United States District Judge

cc: Courtroom Deputies

*Revised 9/14/2012*