**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No: 2:25-cr-202** |
| | : | |
| **v.** | : | **JUDGE MICHAEL H. WATSON** |
| | : | |
| **CHRISTIAN TOMS** | : | |

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING

The United States, by and through undersigned counsel, hereby moves to continue the sentencing hearing set in this case scheduled for Christian Toms.

On January 15, 2026, the defendant, Christiam Toms, entered a plea of guilty pursuant to a Rule 11(c)(1)(C) plea agreement to a Bill of Information that charged him in Count One with Sexual Exploitation of a Minor, in violation of 18 U.S.C.§§ 2251(a) and (e), in Count Two with Distribution and Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(2)(B) and (b)(1) and in Count Three with Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).  (*See* ECF. No. 33 and 36 – Plea Agreement Plea Hearing Minutes).  The disclosure of the final Presentence Investigation Report (PSR) in this case has already occurred. The sentencing hearing is set for May 20, 2026 at 10:30am.

The government seeks an unopposed motion to continue this hearing.  Counsel for the government is unavailable for the sentencing hearing in this matter.  Due to the substantial litigation that is to be expected at the sentencing hearing, including the presentation of victim impact statements and the discussion of extremely sensitive facts involving the case, the

government respectfully requests that the hearing be re-set to a new date so that assigned counsel for the government can appear[1].  The defendant does not oppose this request for a continuance.

## **CONCLUSION**

WHEREFORE, for all of the foregoing reasons, the Government requests a continuance of the sentencing hearing which is unopposed.  If the Court were to grant this request, the new proposed date would be sometime after May 20, 2026, depending on the Courts availability

DOMINICK S. GERACE II
United States Attorney


s/*Emily Czerniejewski*
**EMILY CZERNIEJEWSKI (IL 6308829)**
Assistant United States Attorneys
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Phone: (614) 469-5175
Emily.Czerniejewski@usdoj.gov

---

[1] Counsel for the government is unavailable the week of June 8-12, 2026 for previously scheduled work travel but is otherwise available.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served electronically this 28th day of April, 2026, upon counsel for Defendant.

s/*Emily Czerniejewski*
EMILY CZERNIEJEWSKI (IL 6308829)
Assistant United States Attorney
