# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ♦ | |
| *Plaintiff,* | ♦ | CASE NO.: **2:25-CR-00202** |
| V. | ♦ | JUDGE MICHAEL H. WATSON |
| CHRISTIAN TOMS, | ♦ | |
| *Defendant.* | ♦ | |

## MOTION FOR LEAVE OF COURT TO FILE UNDER SEAL

Now comes Defendant, Christian Toms, to seek leave of Court to file his Sentencing Memorandum under seal. A memorandum in support is attached hereto.

Respectfully submitted,

**THE TYACK LAW FIRM CO., L.P.A.**

/s/ *Jonathan T. Tyack*
Jonathan T. Tyack  (0066329)
536 South High Street
Columbus, Ohio 43215
Telephone: (614) 221-1342
Facsimile: (614) 228-0253
jon@tyacklaw.com
*Attorney for Defendant*

## MEMORANDUM IN SUPPORT

Defendant will be filing a Sentencing Memorandum that will include discussion of confidential medical and health information, along with attachments containing further information relating thereto. Wherefore, Defendant respectfully requests leave of court to file his Sentencing Memorandum, along with all attached exhibits, under seal.

Respectfully submitted,

**THE TYACK LAW FIRM CO., L.P.A.**

/s/  *Jonathan T. Tyack*
Jonathan T. Tyack  (0066329)
536 South High Street
Columbus, Ohio 43215
Telephone: (614) 221-1342
Facsimile: (614) 228-0253
jon@tyacklaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Jonathan T. Tyack*
Jonathan T. Tyack   (0066329)
THE TYACK LAW FIRM CO., L.P.A.
*Attorney for Defendant*