**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No. 2:25-cr-00202** |
| **Plaintiff,** | : | |
| | : | **JUDGE MICHAEL H. WATSON** |
| **v.** | : | |
| | : | |
| **CHRISTIAN TOMS,** | : | |
| | : | |
| **Defendant.** | : | |

**FINAL ORDER OF FORFEITURE**

Upon the United States' Motion for Final Order of Forfeiture and the Court's review of the record, the Court HEREBY FINDS THAT:

On February 26, 2026, the Court entered a Preliminary Order of Forfeiture, finding that all right, title, and interest in the following property (the "subject property") had been forfeited to the United States under 18 U.S.C. § 2253(a)(1) and (3):

- One Apple iPhone 14 Pro Max; and
- One gray Dell Laptop, serial number G8R4TY1.

(Doc. 44.)

The Court also found that the defendant had an interest in the subject property and directed the United States to seize the subject property and to give notice of its intent to forfeit the property. (*Id.*)

The United States gave electronic notice through the CM/ECF notification system of the Motion for Preliminary Order of Forfeiture to counsel for the defendant, and the defendant did not object thereafter to the forfeiture of the subject property.

On May 26, 2026, the Court held the defendant's sentencing hearing. (Minute Entry 05/26/2026.) The Judgment establishes that the defendant shall forfeit the subject property to the United States. (Doc. 60.)

The United States published notice of this forfeiture action and of its intent to dispose of the subject property in accordance with the law on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 28, 2026. (Doc. 46.)

No person or entity has filed a timely petition with the Court asserting any interest in the subject property or objecting to its proposed forfeiture.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest in the subject property is condemned and forfeited to the United States under 18 U.S.C. § 2253(a)(1) and (3), and no right, title, or interest shall remain in any other person or entity.

2. The United States shall dispose of the subject property in accordance with the law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

**IT IS SO ORDERED.**

Dated: 7/13/2026

Michael H. Watson

HONORABLE MICHAEL H. WATSON
UNITED STATES DISTRICT JUDGE